```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| BRIAN SHAUGHNESSEY, | ) | 1:08-CV-00439 HG-LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| LEILANI T.H. YOUNG, DBA LEILANI LOUNGE, | ) | |
| Defendant. | ) | |

### ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE (Doc. 12)

Findings and Recommendation having been filed and served on all parties on March 10, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Document No. 12, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge