IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIAN SHAUGHNESSEY, | ) | CIVIL NO. 08-00439 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDINGS AND RECOMMENDATION |
| | ) | TO DENY PLAINTIFF'S MOTION |
| LEILANI T.H. YOUNG, DBA | ) | FOR JUDGMENT BY DEFAULT (Doc. |
| LEILANI LOUNGE, | ) | 11) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT (Doc. 11)

Findings and Recommendation having been filed and served on all parties on March 18, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No. 13, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2009.



                                    /S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge